[No. 15772–8–I.   Division One.   May 12, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYNE
J. BERGMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–1–00394–9, Robert C. Bibb, J., entered December 10, 1984. *Affirmed* by unpublished opinion per Johnsen, J. Pro Tem., concurred in by Scholfield, C.J., and Swanson, J. Now published at 44 Wn. App. 271.

[No. 15093–6–I.   Division One.   May 12, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN
WAYNE JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–8–00822–1, Jerome M. Johnson, J., entered June 27, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson, J., and Johnsen, J. Pro Tem.

[No. 15391–9–I.   Division One.   May 12, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
ANTHONY AVINGER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–8–00050–5, Gary M. Little, J., entered September 12, 1984. *Affirmed* by unpublished opinion per Johnsen, J. Pro Tem., concurred in by Coleman and Webster, JJ.